UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff<br><br>vs.<br><br>Randy Lee Thompson, et al.,<br><br>Defendant(s) | CRIMINAL NO. 08mj0637<br><br>ORDER<br><br>RELEASING MATERIAL WITNESS<br><br>Booking No. 07404298 |

**CATHY ANN BENCIVENGO**

On order of the United States District/Magistrate Judge,

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody: (Bond Posted / Case Disposed / Order of Court).

Julio Cesar Plasencia-Moreno
( aka: Carlos M. Coronel-Moreno )

DATED: 3-13-08

**CATHY ANN BENCIVENGO**
UNITED STATES DISTRICT/MAGISTRATE JUDGE

RECEIVED _____
           DUSM

OR

W. SAMUEL HAMRICK, JR. Clerk
by /s/ Herman
Deputy Clerk